RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Gregory Russell Stanton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:17-CR-00126-DAD-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT'S |
| v. | ) | PERSONAL PRESENCE PURSUANT TO |
| | ) | FEDERAL RULES OF CRIMINAL |
| GREGORY RUSSELL STANTON, | ) | PROCEDURE, RULE 43(b)(3); |
| | ) | [PROPOSED] ORDER |
| Defendant. | ) | |
| _____ | ) | |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Defendant GREGORY RUSSELL STANTON ("Mr. Stanton") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Stanton hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Mr. Stanton requests that the Court allow his interests to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Stanton agrees that notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed notice to Mr. Stanton of the requirement of his personal presence.

DATED: 5/20/2017          /s/ Gregory Russell Stanton
                          GREGORY RUSSELL STANTON
                          Defendant
                          *Original signature retained by*

                          *attorney Richard M. Oberto*


DATED: 5/24/2017          /s/ Richard M. Oberto
                          RICHARD M. OBERTO
                          Attorney for Defendant,
                          Gregory Russell Stanton
                          *Original signature retained by*
                          *attorney Richard M. Oberto*

## [~~PROPOSED~~] O R D E R

**IT IS HEREBY ORDERED** that the personal presence of Defendant GREGORY RUSSELL STANTON is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated:   **May 26, 2017**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE