RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Gregory Russell Stanton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:17-CR-00126-DAD-BAM |
| *Plaintiff,* | |
| v. | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITION 7(e); [~~PROPOSED~~] ORDER |
| GREGORY RUSSELL STANTON, | |
| *Defendant.* | |

Please take note that the parties in the case have agreed to the following modifications of the defendant GREGORY RUSSELL STATON's conditions of pretrial release. The agreement is on the basis that the modifications are reasonable and in the best interest of Mr. Stanton. Mr. Stanton's Pretrial Services Officer Dan Stark has advised the parties that he approves the modifications herein. Under the current pretrial release conditions, Mr. Stanton cannot leave his in-patient treatment program at Westcare for any purpose, even for Westcare sponsored community events and even when he becomes eligible for Westcare approved social passes. (*See* Pretrial Release Condition 7(e).) The agreement and stipulation herein is to modify pretrial release condition 7(e) so that Mr. Stanton may be authorized to visit locations the Westcare in-patient program premises as follows:

1. Mr. Stanton may attend offsite Westcare sponsored community events, provided he obtain the advance approval of Westcare and Pretrial Services.

2. Mr. Stanton may use Westcare social passes for outing (non-overnight) in the community, provided that he obtain the advance approval of Westcare and Pretrial Services.

The parties and pretrial services agree to this stipulation to modify pretrial condition 7(e).

DATED: 8/29/17   */s/ Ross Pearson*
                 Ross Pearson
                 Assistant U.S. Attorney

DATED: 8/29/2017   */s/ Richard M. Oberto*
                   RICHARD M. OBERTO
                   Attorney for Defendant,
                   Gregory Russell Stanton

**[~~PROPOSED~~] ORDER**

**IT IS HEREBY ORDERED** pretrial release condition 7(e) is modified so that Mr. Stanton may be authorized to visit locations outside of Westcare in-patient program premises as follows:

1. Mr. Stanton may attend offsite Westcare sponsored community events, provided that he obtain the advance approval of Westcare and Pretrial Services.
2. Mr. Stanton may use Westcare social passes for outings (non-overnight) in the community, provided that he obtain the advance approval of Westcare and Pretrial Services.

IT IS SO ORDERED.

Dated: **August 30, 2017**      /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE