RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Gregory Russell Stanton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00126-DAD-BAM |
| *Plaintiff,* | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |
| GREGORY RUSSELL STANTON et al., | |
| *Defendant.* | |

To the above entitled District Court and the attorneys for the parties:

Please take notice that the parties in the case have agreed to continue the sentencing date of the defendant Gregory Russell Stanton ("Mr. Stanton") from the currently scheduled date of June 18, 2018, to the new date of August 13, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd. The continuance is on the grounds that both parties agree the case will not be ready for sentencing hearing until the newly stipulated date.

The parties agree that the continuance here is reasonable, necessary, and in the interests of justice.

For the reasons stated above, the parties stipulate as follows:

1. That Mr. Stanton's sentencing date be continued from the currently scheduled

1

date of June 18, 2018, to the new date of August 13, 2018, at 10 a.m., in Court Room 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale. A. Drozd.

DATED: 5/14/18                    /s/ Ross Pearson
                                  Ross Pearson
                                  Assistant U.S. Attorney

DATED: 5/14/18                    /s/ Richard M. Oberto
                                  RICHARD M. OBERTO
                                  Attorney for Defendant,
                                  Gregory Russell Stanton

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for June 18, 2018, is continued until August 13, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 15, 2018**                    /s/ Dale A. Drozd
                                           UNITED STATES DISTRICT JUDGE