RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Gregory Russell Stanton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>GREGORY RUSSELL STANTON,<br><br>　　　　　*Defendant.* | NO. 1:17-CR-00126-DAD-BAM<br><br><br>STIPULATION TO MODIFY PRETRIAL RELEASE CONDITION NUMBER SIX REGARDING THIRD PARTY CUSTODIAN; [~~PROPOSED~~] ORDER |

Please take notice that the parties in this case have agreed to a modification of defendant GREGORY RUSSELL STANTON's ("Mr. Stanton") condition of pretrial release number six regarding his third party custodian. The current third party custodian is Mr. Stanton's mother, Bonnie Lin Anderson, who will be in Minnesota over the next couple months for the occasion of the 100th birthday of Mr. Stanton's grandmother. As a result of Ms. Anderson's travel out of state, it is in Mr. Stanton's best interest to appoint a new third party custodian who will be closer to where he is living in Hanford, California. The parties have agreed that Mr. Stanton's sister, Elizabeth Stanton ("Ms. Stanton"), should be appointed as the new third party custodian. She lives at the same residence as Mr. Stanton in Hanford and works as an elementary school teacher in the nearby town of Huron, California. Mr. Stanton's Pretrial Services Officer, Anthony Perez, has advised the parties that he approves the appointment of Ms. Stanton as the new third party

custodian.

This agreement to appoint Ms. Stanton as the new third party custodian is on the basis that the modification is reasonable and in the best interest of Mr. Stanton. Should a hearing on this stipulation be necessary, Mr. Stanton requests an afternoon setting since the proposed third party custodian here, Ms. Stanton, works during the morning hours.

For the reasons stated above, the parties hereby stipulate as follows:

1. To modify Mr. Stanton's pretrial release condition number six so that Elizabeth Stanton is appointed as Mr. Stanton's third party custodian instead of Ms. Anderson.

DATED: 6/14/18                          /s/ Ross Pearson
                                        Ross Pearson
                                        Assistant U.S. Attorney

DATED: 6/14/18                          /s/ Richard M. Oberto
                                        RICHARD M. OBERTO
                                        Attorney for Defendant,
                                        Gregory Russell Stanton

## [~~PROPOSED~~] ORDER

The Stipulation is DENIED without prejudice. The Court cannot determine whether the proposed substitution of third party custodian is temporary or permanent.

IT IS SO ORDERED.

Dated:  **June 18, 2018**                          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE